## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In Re: **Jeremy P. James**  
      (Debtor)

Case No. **22-60146**  
Chapter **7**  
Date Filed: **02/17/2022**

TRUSTEE:  
**Hannah W. Hutman**  
**342 S Main Street**  
**Harrisonburg, VA 22801**

COUNSEL FOR DEBTORS(S)  
**Margaret C. Valois**  
**7601 Timberlake Road**  
**Lynchburg, VA 24502**

## MOTION TO QUASH GARNISHMENT

    Comes now your applicant, Jeremy P. James by counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant has filed his petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by the Campbell General District Court, PO Box 97, Rustburg, VA 24588 within 90 days of the filing of the above-named petition;

3. That said garnishment in favor of Credit Acceptance Corporation, Glasser and Glasser, PLC, PO Box 3400, Norfolk, VA 23514 and has a return date of May 2, 2022 and applicant's employer, Source4, Inc., 3473 Brandon Avenue SW, Roanoke, VA 24018 and has withheld a sum of approximately **$2,017.00**.

    WHEREFORE, your applicant prays that said garnishment be quashed and that he has such other and further relief as the nature of his case may require.

    Copies hereof are directed by mail to the debtor, creditor, and debtor's employer.

DATE: February 18, 2022

Respectfully submitted,  
Jeremy P. James  
By: /s/ Margaret C. Valois  
Margaret C. Valois  
Counsel for Debtor  
7601 Timberlake Road  
Lynchburg, VA 24502  
(434) 845-4529