# GARNISHMENT SUMMONS

Commonwealth of Virginia   Va. Code §§ 8.01-511, 8.01-512.3

.......... CAMPBELL .......................................... General District Court
COURT NAME

732 VILLAGE HWY., RUSTBURG, VA. 24588
COURT ADDRESS AND TELEPHONE NUMBER

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

..11/8/21........................ Emily Mich ...........
DATE OF ISSUANCE OF SUMMONS                 CLERK

TO GARNISHEE: On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

.................................................
DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

**WRIT OF FIERI FACIAS** TO ANY AUTHORIZED OFFICER: You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

..11/8/21........................ Emily Mich ...........
DATE OF ISSUANCE OF WRIT                 CLERK

## CASE DISPOSITION

I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $ ................... net of any credits.
[ ] the case be DISMISSED.

.................................................   .................................................
DATE ENTERED                                 JUDGE

FORM DC-451X (FRONT) 1/07   (A220640 08/21)

---

CASE NO. GV15000124-06

HEARING DATE & TIME
May 2, 2022
9:00 a.m.

CREDIT ACCEPTANCE CORPORATION
JUDGMENT CREDITOR'S NAME

STREET ADDRESS

YOUR APPEARANCE NOT REQUIRED

CITY, STATE, ZIP

TELEPHONE NUMBER

GLASSER AND GLASSER, P.L.C.
JUDGMENT CREDITOR'S ATTORNEY'S NAME

P.O. BOX 3400, NORFOLK, VA 23514
ADDRESS

(800) ___-____
TELEPHONE NUMBER

JAMES JEFFREY
JUDGMENT DEBTOR'S NAME (SERVE)

1141 HYAR CREEK RD
STREET ADDRESS

RUSTBURG VA 24588-2962
CITY, STATE, ZIP

Third Party Service
The Marston Agency, Inc.

SOCIAL SECURITY NUMBER    TELEPHONE NUMBER

SOURCE4, INC.
GARNISHEE'S NAME

C/O REG OFF/MANAGING EMPLOYEE

3473 BRANDON AVE SW
STREET ADDRESS

ROANOKE VA 24018
CITY, STATE, ZIP

Third Party Service
The Marston Agency, Inc.

March 2, 2015
DATE OF JUDGMENT    TELEPHONE NUMBER

### STATEMENT

| $ | 6,266.54 | Judgment Principal |
| $ | 4,048.05 | Credits |
| $ | 4,528.43 | Interest |
| $ | 358.00 | Judgment Costs |
| $ | 334.04 | Attorney's Fees |
| $ | 72.00 | Garnishment Costs |

$ 8,008.26   TOTAL BALANCE DUE
The garnishee shall rely on this amount.

---

## GARNISHMENT SUMMONS

This is a garnishment against (check only one)
[ ] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically, ......................

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT
[ ] Support
[ ] 50%    [ ] 55%
[ ] 60%    [ ] 65%
(if not specified, then 50%)
[ ] state taxes, 100%

If none of the above are checked, then § 34-29(a) applies (a plain-language interpretation of this section is on the reverse of this GARNISHMENT SUMMONS).

$ ............................
received by

.................................................
JUDGMENT CREDITOR

[ ] Judgment debtor present

.................................................
DATE

20815242
:VA GDCPOST